# UNITED STATES DISTRICT COURT
## FOR THE
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

UNITED STATES OF AMERICA

**WAIVER OF INDICTMENT**

v.

Criminal No. 2: 25-cr-5-TPB-KCD

MADELYN HERNANDEZ

I, Madelyn Hernandez, the above named defendant, who is accused of wire

fraud, in violation of 18 U.S.C. § 1343, and money laundering, in violation of 18

U.S.C. § 1956(a)(1)(B)(i), being advised of the nature of the charge(s), the proposed

Information, and of my rights, hereby waive prosecution by Indictment and consent

that the proceeding may be by Information rather than by Indictment.   Pursuant to

Fed. R. Crim. P. 7(b), I will confirm this waiver in open court at arraignment or

other hearing.

_____
Madelyn Hernandez
Defendant

_____
Douglas Molloy
Counsel for Defendant

Before _____
                    Judicial Officer