UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 2:25-cr-5-TPB-KCD

MADELYN HERNANDEZ

**WAIVER OF OBJECTION TO REPORT AND RECOMMENDATION**

Entry of a plea of guilty is anticipated in this case. At the time of the plea of guilty, the U.S. Magistrate Judge will enter a Report and Recommendation to the U.S. District Court Judge. The parties are entitled to a fourteen (14) day period within which to file written objections to this Report and Recommendation pursuant to 28 U.S.C. Section 636(b)(1)(B) and Rule 6.02, M.D. Fla. Rules.

The Government hereby waives the fourteen (14) day objection period, and in so doing, the District Court Judge may adopt the Report and Recommendation and set the sentencing date immediately.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

January 10, 2025          By:   /s/ *Yolande G. Viacava*
Date                             Yolande G. Viacava
                                 Assistant United States Attorney
                                 Florida Bar No. 0110310
                                 2110 First Street, Suite 3-137
                                 Fort Myers, Florida  33901
                                 Telephone: (239) 461-2200
                                 Facsimile: (239) 461-2219
                                 Email: yolande.viacava@usdoj.gov