**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVSION**

UNITED STATES OF AMERICA

v.                                        CASE NO. 2:25-cr-5-TPB-KCD

MADELYN HERNANDEZ
    DEFENDANT.
_____/

**NOTICE OF APPEARANCE**

The undersigned attorney has been retained to represent the Defendant in the above-referenced case.

The clerk is requested to enter the appearance of Douglas Molloy, as counsel of record for the Defendant in this matter.

The defense respectfully requests all discovery in this case and documents relating to this case to be provided to undersigned counsel.

/s/ Douglas Molloy
DOUGLAS MOLLOY, ESQUIRE
MOLLOY LAW
1411 Bayview Court
Fort Myers, FL  33901
T: (239) 362-3194
F:(239) 362-3248
Email: douglasmolloy@molloylaw.net
Fla. Bar No. 0316717

**CERTIFICATE OF SERVICE**

I hereby certify that on January 13, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notice electronic filing to the Office of the United States Attorney, Middle District of Florida.

_____/s/ Douglas Molloy_____
