UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,                         Case No.: 2:25-CR-5-TPB-KCD

    v.

MADELYN HERNANDEZ,

      Defendant,
_____/

| **Judge:** | Kyle C. Dudek | **Counsel for Government** | Yolande Viacava |
|---|---|---|---|
| **Deputy Clerk:** | Courtney Ward | **Counsel for Defendant:** | Douglas Molloy |
| **Court Reporter** | Digital | **Pretrial/ Probation** | |
| **Date/Time** | January 28, 2025 9:30 AM | **Interpreter** | |
| **Bench Time** | 9:31 AM-10:01 AM 30 minutes | | |

**CLERK'S MINUTES – INITIAL APPEARANCE AND CHANGE OF PLEA**

Start time: 9:31 AM

    Counsel makes appearances.
    Defendant placed under oath.

    Defendant advised of rights, charges, penalties, etc.

    Defendant waives his right to be charged by Information. Court references the Waiver of Indictment which is executed in open Court.

**DETENTION**
Government is not seeking the defendant's detention but requests conditions of release.

Defendant has no objection to the conditions proposed.

**ORDER SETTING CONDITIONS OF RELEASE WILL BE ENTERED.**

**CHANGE OF PLEA**
Defendant advised of right to appear before United States Magistrate Judge to enter plea.

Defendant questioned re: consequences of guilty plea.
Court reviews factual basis.

Defendant enters a plea of guilty to Counts One through Five of the Information.

Court finds Defendant alert, intelligent, willingly, and intentionally entered plea of guilty.

Sentencing to be scheduled by the Honorable THOMAS P. BARBER, United States District Judge.

**REPORT AND RECOMMENDATION WILL BE ENTERED.**

End time: 10:01 AM
Total time: 30 minutes