AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
## FOR THE
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.

MADELYN HERNANDEZ

**WAIVER OF INDICTMENT**

Criminal No. 2: 25-cr-5-TPB-KCD

    I, Madelyn Hernandez, the above named defendant, who is accused of wire fraud, in violation of 18 U.S.C. § 1343, and money laundering, in violation of 18 U.S.C. § 1956(a)(1)(B)(i), being advised of the nature of the charge(s), the proposed Information, and of my rights, hereby waive prosecution by Indictment and consent that the proceeding may be by Information rather than by Indictment.   Pursuant to Fed. R. Crim. P. 7(b), I will confirm this waiver in open court at arraignment or other hearing.

Madelyn Hernandez
Defendant

Douglas Molloy
Counsel for Defendant

Before _____
Judicial Officer