UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 2:25-cr-5-TPB-KCD

MADELYN HERNANDEZ

## ORDER

Before the Court is the United States Magistrate Judge's Report and Recommendation. (Doc. 14). The Magistrate Judge recommends the Court accept Defendant's guilty plea and adjudicate Defendant guilty. The parties have waived the fourteen-day objection period. (Doc. 5). After examining the file independently, and upon considering the Magistrate Judge's findings and recommendations, the Court accepts and adopts the Report and Recommendation.

Accordingly, it is **ORDERED:**

(1) The Report and Recommendation (Doc. 14) is **ACCEPTED and ADOPTED**, and the findings incorporated herein.

(2) Defendant's plea of guilty is **ACCEPTED** and Defendant is **ADJUDICATED GUILTY** as to Counts One through Five of the Information.

(3) The sentencing hearing is set for Thursday April 17, 2025 at 2:00 PM in Courtroom 6B.

**DONE AND ORDERED** in Fort Myers, Florida on this 6th day of February 2025.

TOM BARBER
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record