UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                          Case No. 2:25-cr-5-TPB-KCD

MADELYN HERNANDEZ

### ORDER OF FORFEITURE

The defendant pleaded guilty to Counts One through Five of the Information, wire fraud and money laundering, in violation of 18 U.S.C. §§ 1343 and 1956(a)(1)(B)(i). The United States has established that the defendant obtained $4,199,498.42 in proceeds as a result of the offenses charged in Counts One through Three.

The United States moves under 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, for entry of an order of forfeiture in the amount of $4,199,498.42, which upon entry shall be a final order of forfeiture as to the defendant. The motion is **GRANTED**. The defendant is liable for an order of forfeiture in the amount of $4,199,498.42.

The proceeds of the offense were transferred to third parties, and the United States cannot locate the proceeds upon the exercise of due diligence. Accordingly, under 21 U.S.C. § 853(p), the United States may seek, as a substitute asset in satisfaction of this judgment, forfeiture of any of the defendant's property up to the

$4,199,498.42 order of forfeiture. The court retains jurisdiction to enter any order necessary to the forfeiture and disposition of any substitute asset.

DONE and ORDERED in Fort Myers, Florida, this 11th day of February 2025.

**THOMAS P. BARBER**
**UNITED STATES DISTRICT JUDGE**