## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

February 11, 2025

UNITED STATES OF AMERICA,

    **Plaintiff,**

v.                                              **Case No:** 2:25-cr-5-TPB-KCD

MADELYN HERNANDEZ,

    **Defendant.**

### NOTICE OF SURRENDERED U.S. PASSPORT

To:     U.S. Department of State
           CA/PPT/A
           44132 Mercure Circle
           P.O. Box 1243
           Sterling, VA 20166-1243

    **PURSUANT** to the Court's order entered on 1/28/2025 in the above styled case, the Defendant's Passport, **Number 597899898** was surrendered to the custody of the Clerk of Court on February 11, 2025. The defendant is not permitted to apply for the issuance of another Passport during the pendency of this action.

| | |
|---|---|
| Defendant's date of birth: | 11/2/1975 |
| Defendant's place of birth: | Cuba |
| Passport received from: | Madelyn Hernandez |
| Passport issued to: | Madelyn Hernandez |
| Date of issuance: | 6/1/2019 |

                                                    ELIZABETH M. WARREN, CLERK

                                                    By *Jessica Melendez*
                                                    JM, Deputy Clerk