**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

UNITED STATES OF AMERICA

 Vs..                                              CASE NO. 2:25-cr-5-TPB-KCD

MADELYN HERNANDEZ

### DEFENDANT'S RESPONSE TO ADDITIONAL INFORMATION

Comes Now the Defendant, MADELYN HERNANDEZ, by and through her undersigned attorney, and would respectfully submit this response to the additional information provided to the Court by the victim through the Office of Probation on April 7, 2025. This response is in no way meant to question or minimize the harm to the victim, or the Defendant's complete acceptance of responsibility. In that regard, the Defendant has only a few things that she feels important to note to the Court in response to this additional information set forth by the victim in this case.

1.  The PSR recommends a reduction in the Defendant's sentencing guidelines for acceptance of responsibility, pursuant to USSG Section 3E1.1, and the PSR reflects that reduction. (Paragraphs 38 and 39.)  The Defendant is truly remorseful, and does not seek to minimize her criminal activity, or the financial loss to the victim.   She has demonstrated sincere regret about the financial and emotional damage caused to the victim by her actions.

2.  The PSR scores the Defendant as a Criminal History Category I, based on the Defendant having no criminal record of any kind throughout her entire life. The Defendant has admitted to the course of conduct that cannot be excused, but can be somewhat explained, by her addiction and mental issues.

1

3.    The defense would respectfully represent to the Court that she did not exaggerate her health problems, and did not "fake her own death". The Defendant had and was treated for cancer in her left breast in 2021, and then again in her right breast in 2023. She continues to have abnormal mammograms in 2024 and 2025. Her condition and diagnosis are serious, as are the rest of her health problems.

4,    The Defendant has no hidden funds, neither in El Salvador, (which the victim incorrectly represents as "her native country"), or in the country of her birth, Cuba.

5.    The Defendant represents to the Court  that she did not use or "funnel" the funds she stole from the victim in any way through her father's mechanic business.  She has never put any money into that business and has never received any money from that business.

6.    This information is provided the Court solely because of the representations made in the victim's letter to the Court.  There is no attempt to minimize her criminal activity or the impact on the victim. The crimes the Defendant committed are serious and devastating to the victim, and the Defendant wishes to be given the opportunity to make things as right as they can be for the victim and is committed to restitution.

.

WHEREFORE, the Defendant would request the above-requested considerations for her sentence.

/s/ Douglas Molloy
DOUGLAS MOLLOY, ESQUIRE
MOLLOY LAW
Attorney for Defendant
1411 Bayview Court
Fort Myers, FL  33901
T: (239) 362-3194
F:(239) 362-3248
Email: douglasmolloy@molloylaw.net
Fla. Bar No. 0316717

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to Assistant United States Attorney Yolande Viacava, MDFL.

/s/ Douglas Molloy
DOUGLAS MOLLOY, ESQUIRE