# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### FORT MYERS DIVISION

UNITED STATES OF AMERICA

Vs..                                                                CASE NO. 2:25-cr-5-TPB-KCD

MADELYN HERNANDEZ

### DEFENDANT'S NOTICE TO WITHDRAW RESPONSE TO ADDITIONAL INFORMATION

Comes Now the Defendant, MADELYN HERNANDEZ, by and through her undersigned attorney, and would respectfully give notice to withdraw the Defendant's Response to the Additional Information provided to the Court by the victim through the Office of Probation on April 7, 2025. This response was in no way meant to question or minimize the harm to the victim, or to diminish the Defendant's complete acceptance of responsibility.

/s/ Douglas Molloy
DOUGLAS MOLLOY, ESQUIRE
MOLLOY LAW
Attorney for Defendant
1411 Bayview Court
Fort Myers, FL  33901
T: (239) 362-3194
F:(239) 362-3248
Email: douglasmolloy@molloylaw.net
Fla. Bar No. 0316717

### CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2025, I electronically filed the foregoing with the

1

Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to Assistant United States Attorney Yolande Viacava, MDFL.

/s/ Douglas Molloy<br>
DOUGLAS MOLLOY, ESQUIRE