UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                                                                                      CASE NO: 2:25-cr-5-TPB-KCD

MADELYN HERNANDEZ

| JUDGE: | Thomas P. Barber | COUNSEL FOR GOVERNMENT | YOLANDE G. VIACAVA |
|---|---|---|---|
| DEPUTY CLERK: | Juan Garcia Gonzalez | COUNSEL FOR DEFENDANT: | DOUGLAS MOLLOY |
| COURT REPORTER | Michael McDaniel | PRETRIAL/PROBATION | Nick Stevens |
| DATE/TIME | April 11, 2025 10:00 am | Interpreter | N/A |

## Sentencing

Start Time    9:49 am

Court calls case.  Counsel enters appearances.

Court advises of charges. Court previously accepted the defendant's plea and adjudged defendant guilty of Count **One-Five** of the Information.

The Court adopts the facts contained in the PSR and reviews the total offense level, potential penalties, and sentence with the defendant.

Ms. Viacava makes recommendations and arguments.  Mr. Molloy makes recommendations and arguments.
The Court hears testimony from victims.
Defendant's husband makes remarks.
Defendant makes allocution remarks.

For the reasons stated in the record, the Court imposes the sentence as follows:

Imprisonment: 120 months.  Defendant is to self-surrender by May 28, 2025.

Supervised Release: 3 years

Special conditions:

Mental health aftercare

Submit to search

- 2 -

No contact with victims

Defendant shall be prohibited from incurring new credit charges, opening additional lines of credit, or obligating yourself for any major purchases without approval of the probation officer.

Defendant shall provide the probation officer access to any requested financial information.

Defendant shall not participate in any form of gambling, including the purchase of lottery tickets, or patronizing any gambling facilities.

Random Drug testing.

DNA.

Fines are waived.

Restitution: $4,199,498.42.

Special Assessment of $500.00 due immediately.

Forfeiture:  Included in judgment.

Court finds sentence is sufficient, but not greater than necessary.

Defense has objections to the sentence or to the manner in which it was imposed.

Right to appeal.

End time: 10:41 am
Time in Court: 52 minutes