UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  Case No. 2:25-cr-5-TPB-KCD

MADELYN HERNANDEZ

### PRELIMINARY ORDER OF FORFEITURE FOR SUBSTITUTE ASSET

The United States moves pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), and Federal Rule of Criminal Procedure 32.2(e)(1)(B), for a Preliminary Order of Forfeiture for the following real property, to be applied to the outstanding balance of the defendant's $4,199,498.42 order of forfeiture:

a. The real property located at 812 27th Street, Union City, Hudson County, New Jersey 07087, including all improvements thereon and appurtenances thereto, the legal description for which is as follows:

BEGINNING at a point in the northeasterly line of 27th Street (formerly Angelique Street), distant thereon 140.00 feet northwest of its intersection with the northwesterly line of Summit Avenue, and running thence;

1) N 60 deg. 30 min. W, 25.00 feet along the northeasterly line of 27th Street, thence;
2) N 29 deg. 16 min. E, 100.00 feet, thence;
3) S 60 deg. 30 min. E, 25.00 feet, thence;
4) S 29 deg. 16 min. W, 100 feet to the northeasterly line of 27th Street and to the point and place of beginning.

The above description is drawn in accordance with a survey made by Arthur F. Mead, Jr., dated May 26, 1994.

The improvements thereon being known as 812 27th Street, Union City, New Jersey 07087

Tax ID: 39901880002.

Titled Owners: Rene Del Sol and Madelyn Hernandez.

On February 11, 2025, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), the Court entered an order of forfeiture against the defendant in the amount of $4,199,498.42. Doc. 20.

The United States is entitled to forfeit the substitute asset identified above, in satisfaction of the defendant's Order of forfeiture.

Accordingly, it is ORDERED that the motion of the United States is GRANTED.

It is FURTHER ORDERED that, pursuant to the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), and Federal Rule of Criminal Procedure 32.2(e)(1)(B), the real property described above is FORFEITED to the United States of America for disposition according to law, subject to the provisions of 21 U.S.C. § 853(n), in satisfaction of the defendant's Order of forfeiture.

Assuming no third-party files a successful claim to the asset, the net proceeds from the forfeited real property, after payment of any valid liens, will be credited towards the satisfaction of the defendant's order of forfeiture. Any remaining net proceeds, if any, after the payment of any valid liens and the satisfaction of the order of forfeiture, will be returned to the defendant.

The Court retains jurisdiction to address any third-party claim that may be asserted in these proceedings, to enter any further order necessary for the forfeiture

and disposition of such property, and to order any other substitute asset forfeited to the United States up to the amount of the Order of forfeiture.

    DONE and ORDERED in Fort Myers, Florida, on this 23rd day of June, 2025.

                                    THOMAS P. BARBER
                                    UNITED STATES DISTRICT JUDGE