RECEIVED USMS-AFJ
NEWARK, NJ 07102

2025 JUN 25 AM 9:45

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

RECEIVED
By U.S. Marshals Service M/FL Asset Forfeiture at 10:52 am, Jun 25, 2025

| | |
|---|---|
| **PLAINTIFF** UNITED STATES OF AMERICA | **COURT CASE NUMBER** 2:25-cr-5-TPB-KCD |
| **DEFENDANT** MADELYN HERNANDEZ | **TYPE OF PROCESS** Post & Walk |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
MADELYN HERNANDEZ and/or Rene Del Sol and/or Any Occupants
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
812 27th Street, Union City, Hudson County, New Jersey 07087

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

James A. Muench, AUSA
U.S. Attorney's Office
400 North Tampa Street, Suite 3200
Tampa, FL 33602

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Please post the Preliminary Order of Forfeiture for Substitute Asset on the real property located at 812 27th Street, Union City, Hudson County, New Jersey 07087.

CATS ID: 25-FBI-004139

Signature of Attorney other Originator requesting service on behalf of:  [X] PLAINTIFF  [ ] DEFENDANT
TELEPHONE NUMBER: (813) 274-6000
DATE: 6/25/25

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 18 | No. 50 | GLENDA RIOS Digitally signed by GLENDA RIOS Date: 2025.06.25 10:56:05 -04'00' | 6/25/2025 |

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [X] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

Date: 6/30/25   Time: 10 21   [X] am  [ ] pm

Address (complete only if different than shown above)

Signature of U.S. Marshal or Deputy

Emily Ce #31712

Costs shown on attached USMS Cost Sheet >>

**REMARKS**

2 hours x 20.2 miles

Form USM-285
Rev. 03/21