LAW OFFICE OF
SARA SENCER MCARDLE, LLC
150 River Road, Bldg. O, Ste. 2B
Montville, New Jersey 07054
Phone: (973) 366-5244
Fax:   (973) 366-2441
Attorneys for Rene Del Sol

| | |
|---|---|
| UNITED STATES OF AMERICA | : UNITED STATES DISTRICT COURT |
| | : MIDDLE DISTRICT OF FLORIDA |
| | :    FORT MYERS DIVISION |
| V. | : |
| | :Case Number: 2:25-cr-5-TPB-KCD |
| MADELYN HERNANDEZ | : |
| | :          **AFFIDAVIT** |
| Rene Del Sol, Claimant | :              **OF** |
| | :         **RENE DEL SOL** |

I, Rene Del Sol, hereby certify that,

1.   I am the brother of Madelyn Hernandez.

2.   I make this affidavit in support of my application for remission of the forfeiture of my business premises located at 812 27th Street, Union City, Hudson County, New Jersey.

3.   My sister is also listed as a joint co-owner of the real property, as the result of a deed made by our father transferring the property to us in November of 2015. (Please see copy of the deed attached as **Exhibit A**)

4.   My father, Rene Del Sol Machado, had purchased the property in 1994.(Please see copy of deed attached as **Exhibit B**) It was already being used as an automobile repair shop at the time it was purchased. My father and I continued to operate our own repair  business out of it: Del Sol & Son Auto Repair, Inc. (Please see copy of our annual business registration certificate attached as **Exhibit C**).

5.   My sister, Madelyn Hernandez, moved to Florida in 2004,

where she has continued to live.

6. She has had nothing to do with the property ever since. She has never had a financial stake in its day to day operation, payment of property taxes, etc.

7. Forfeiture of the property would not only create great financial distress to me, it would also ruin my livelihood. Having to physically relocate our business, after generating over twenty years of goodwill in the same location, and having built up a customer base there, would create great financial hardship. It would be extremely difficult to build our business back up at another location at this stage of our lives.

8. My father is 79 and I am 55. We have both worked hard and built up our business honestly over the years. Neither he nor I have ever cheated or stolen from anybody. With a spotless record, I am able to carry a firearm in New Jersey. (Please see copy of my handgun carry permit attached as **Exhibit D**)

10. Both my father and I are ashamed that my sister committed this crime against her trusting employer. However, we should not be made to suffer for her sins, which we were completely unaware of and all blind sided by.

I certify under penalty of perjury that the foregoing statements made by me are true and correct.

DATED: 7/15/25                                   _____
                                                  RENE DEL SOL

# EXHIBIT "A"

WARRANTY DEED

```
20151117010108100    1/5
11/17/2015 11:26:08 AM  DEED
Bk 9079 Pg 391
Pamela E Gardner
Hudson County, Register of Deeds
Receipt No 1071486
```

# Deed

Prepared by

Tomas R. Paneque, Esq.

This Deed is made on NOVEMBER 16th, 2015,

BETWEEN  RENE DEL SOL,

whose post office address is 814 - 27TH STREET, UNION CITY, NJ 07087,

referred to as the Grantor,

AND  RENE DEL SOL and MADELYN HERNANDEZ,

whose post office addresses are respectively, 814 - 27th STREET, UNION CITY, NJ 07087 and 2458 VERDMONT COURT, CAPE CORAL, FL. 33991

referred to as the Grantee.

The words "Grantor" and "Grantee" shall mean all Grantors and all Grantees listed above.

1. **Transfer of Ownership.** The Grantor grants and conveys (transfers ownership of) the property (called the "Property") described below to the Grantee. This transfer is made for the sum of ONE HUNDRED FIFTY THOUSAND ($150,000.00) Dollars. The Grantor acknowledges receipt of this money.

2. **Tax Map Reference.** (N.J.S.A. 46:15-2:1) CITY OF UNION CITY
Block No. 156   Lot No. 10         Account No.

3. **Property.** The Property consists of the land and all the buildings and structures on the land in the CITY of UNION CITY
County of HUDSON     and State of NEW JERSEY. The Legal description is:

(X) SEE ATTACHED LEGAL DESCRIPTION SCHEDULED "A" ANNEXED HERETO AND MADE A PART HEREOF.

BEING the same premises conveyed to the Grantor herein Deed from Wilfredo Martinez and Dalia Martinez, his wife, dated November 22, 1994 and recorded November 28, 1994, in Deed Book 4799, Page 336, in the Register's Office of the County of HUDSON.

Grantees, Rene Del Sol and Madelyn Hernandez, are the children of Grantor, Rene Del Sol.

```
20151117010109100
11/17/2015 11:26:00 AM
Consideration   $150.000.00
Exempt Code: Exempt
County:$.00  State:$.00
NJRHTF $.00  PhPF: $.00
EAA $.00  General:$.00
Buyer's Fee $.00
Total RTF: $.00
```

```
FILED
201511170101081001
11/17/2015  11:26:08 PM
DEED
NUMBER OF PAGES  5
LHAMPTON
```

The street address of the Property is: 812 - 27ᵗʰ STREET, UNION CITY, NJ 07087.

   4. Promises by Grantor. The Grantor's promises are listed below. Each promise is expressed in the language of a New Jersey law (with reference to the law) and is followed by an explanation in plain language. The Grantor(s) promises that:
a. the Grantor(s) is lawfully seized of the said land (N.J.S.A. 46:4-3) - the Grantor is the legal owner;
b. the Grantor(s) has the right to convey the said land to the Grantee (N.J.S.A. 46:4-4) - the Grantor has the right to convey (sell) this property;
c. the Grantee shall have quiet possession of the land free from all encumbrances (N.J.S.A. 46:4-5) - the Grantee will not be disturbed by others with claims against this Property and the Property is free of all encumbrances;
d) the Grantor(s) will warrant generally the Property hereby conveyed (N.J.S.A. 46:4-7) - the Grantor guarantees the Grantee's ownership of the Property; and
e. the Grantor(s) will execute such further assurances of the said land as may be requisite (N.J.S.A. 46:4-10) - the Grantor will comply with the Grantee's reasonable request to correct any title defect.

   5. Who is Bound. The promises made in this Deed are legally binding upon the Grantor(s) and all who legally succeed to the Grantor's rights and responsibilities. These promises can be enforce by the Grantee and future owners of the Property.

   6. Signatures. The Grantor signs this Deed as of the date of notarization.

Witnessed By:

_____          _____(Seal)
                                     RENE DEL SOL

_____
TOMAS R. PANEQUE, ESQ.
ATTORNEY AT LAW OF NEW JERSEY


STATE OF NEW JERSEY
                    SS.:
COUNTY OF HUDSON

I CERTIFY that on NOVEMBER 16, 2015, RENE DEL SOL, personally came before me and stated to my satisfaction that this person (or if more than one, each person):
(a) was the maker of this Deed;
(b) executed this Deed as his or her own act; and,
(c) made this Deed for $150,000.00 as the full and actual consideration paid or to be paid for the transfer of title. (Such consideration is defined in N.J.S.A. 46:15-5.)

                                    _____
                                    (Print name and title below signature)
                                    TOMAS R. PANEQUE, ESQ.
                                    ATTORNEY AT LAW OF NEW JERSEY


**RECORD AND RETURN:**
TOMAS R. PANEQUE, ESQ.
831 SIP STREET
UNION CITY, NJ 07087

del sol warranty deed.wpd



Property. The property consists of the land and all the buildings and structures on the land in the City of Union City County of Hudson and State of New Jersey. The legal description is:

BEGINNING at a point in the northeasterly line of 27th Street (formerly Angelique Street), distant thereon 140.00 feet northwest of its intersection with the northwesterly line of Summit Avenue, and running thence;

1) N 60 deg. 30 min. W, 25.00 feet along the northeasterly line of 27th Street, thence;

2) N 29 deg. 16 min. E, 100.00 fett, thence;

3) S 60 deg. 30 min. E, 25.00 feet, thence;

4) S 29 deg. 16 min. W, 100 feet to the northeasterly line of 27th Street and to the point and place of beginning.

The above description is drawn in accordance with a survey made by Arthur F. Mead, Jr., dated May 26, 1994.

Being also known as 812 - 27th Street, Union City, New Jersey.



| | | |
|---|---|---|
| | State of New Jersey | GIT/REP-3 |
| | SELLER'S RESIDENCY CERTIFICATION/EXEMPTION | (9-2015) |

(Please Print or Type)

### SELLER'S INFORMATION

Name(s)
RENE DEL SOL

Current Street Address
814 - 27TH STREET

| City, Town, Post Office Box | State | Zip Code |
|---|---|---|
| UNION CITY | NJ | 07087 |

### PROPERTY INFORMATION

| Block(s) | Lot(s) | Qualifier |
|---|---|---|
| 156 | 10 | |

Street Address
812 - 27TH STREET

| City, Town, Post Office Box | State | Zip Code |
|---|---|---|
| UNION CITY | NJ | 07087 |

| Seller's Percentage of Ownership | Total Consideration | Owner's Share of Consideration | Closing Date |
|---|---|---|---|
| 100% | $150,000.00 | | 11-16-15 |

### SELLER'S ASSURANCES (Check the Appropriate Box) (Boxes 2 through 14 apply to Residents and Nonresidents)

1. [X] Seller is a resident taxpayer (individual, estate, or trust) of the State of New Jersey pursuant to the New Jersey Gross Income Tax Act, will file a resident gross income tax return, and will pay any applicable taxes on any gain or income from the disposition of this property.
2. [ ] The real property sold or transferred is used exclusively as a principal residence as defined in 26 U.S. Code section 121.
3. [ ] Seller is a mortgagor conveying the mortgaged property to a mortgagee in foreclosure or in a transfer in lieu of foreclosure with no additional consideration.
4. [ ] Seller, transferor, or transferee is an agency or authority of the United States of America, an agency or authority of the State of New Jersey, the Federal National Mortgage Association, the Federal Home Loan Mortgage Corporation, the Government National Mortgage Association, or a private mortgage insurance company.
5. [ ] Seller is not an individual, estate, or trust and is not required to make an estimated gross income tax payment.
6. [ ] The total consideration for the property is $1,000 or less so the seller is not required to make an estimated income tax payment.
7. [ ] The gain from the sale is not recognized for federal income tax purposes under 26 U.S. Code section 721, 1031, or 1033 (CIRCLE THE APPLICABLE SECTION). If the indicated section does not ultimately apply to this transaction, the seller acknowledges the obligation to file a New Jersey income tax return for the year of the sale and report the recognized gain.
   [ ] Seller did not receive non-like kind property.
8. [ ] The real property is being transferred by an executor or administrator of a decedent to a devisee or heir to effect distribution of the decedent's estate in accordance with the provisions of the decedent's will or the intestate laws of this State.
9. [ ] The real property being sold is subject to a short sale instituted by the mortgagee, whereby the seller agreed not to receive any proceeds from the sale and the mortgagee will receive all proceeds paying off an agreed amount of the mortgage.
10. [ ] The deed is dated prior to August 1, 2004, and was not previously recorded.
11. [ ] The real property is being transferred under a relocation company transaction where a trustee of the relocation company buys the property from the seller and then sells the house to a third party buyer for the same price.
12. [ ] The real property is being transferred between spouses or incident to a divorce decree or property settlement agreement under 26 U.S. Code section 1041.
13. [ ] The property transferred is a cemetery plot.
14. [ ] The seller is not receiving net proceeds from the sale. Net proceeds from the sale means the net amount due to the seller on the settlement sheet.

### SELLER'S DECLARATION

The undersigned understands that this declaration and its contents may be disclosed or provided to the New Jersey Division of Taxation and that any false statement contained herein may be punished by fine, imprisonment, or both. I furthermore declare that I have examined this declaration and, to the best of my knowledge and belief, it is true, correct and complete. By checking this box [ ] I certify that a Power of Attorney to represent the seller(s) has been previously recorded or is being recorded simultaneously with the deed to which this form is attached.

| 11-16-2015 | _[signature]_ |
|---|---|
| Date | Signature |
| | (Seller) Please indicate if Power of Attorney or Attorney in Fact |

| | |
|---|---|
| Date | Signature |
| | (Seller) Please indicate if Power of Attorney or Attorney in Fact |

RTF-1 (Rev. 7/14/10)
MUST SUBMIT IN DUPLICATE

**STATE OF NEW JERSEY**
**AFFIDAVIT OF CONSIDERATION FOR USE BY SELLER**
(Chapter 49, P.L. 1968, as amended through Chapter 33, P.L. 2006) (N.J.S.A. 46:15-5 et seq.)
BEFORE COMPLETING THIS AFFIDAVIT, PLEASE READ THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS FORM.

STATE OF NEW JERSEY

SS. County Municipal Code

COUNTY HUDSON   0910

**FOR RECORDER'S USE ONLY**
Consideration $ 150,000
RTF paid by seller $ ___
Date 11-17-15  By ___
*Use symbol "C" to indicate that fee is exclusively for county use.

MUNICIPALITY OF PROPERTY LOCATION UNION CITY

(1) **PARTY OR LEGAL REPRESENTATIVE** *(Instructions #3 and #4 on reverse side)*

Deponent, RENE DEL SOL, being duly sworn according to law upon his/her oath,
          (Name)
deposes and says that he/she is the GRANTOR in a deed dated Nov. 16, 2015 transferring
(Grantor, Legal Representative, Corporate Officer, Officer of Title Company, Lending Institution, etc.)

real property identified as Block number 166  Lot number 10  located at

812 - 27TH STREET, UNION CITY, NJ 07087  and annexed thereto.
(Street Address, Town)

(2) **CONSIDERATION** $ 150,000.00 *(Instructions #1 and #5 on reverse side)* [X] no prior mortgage to which property is subject.

(3) Property transferred is Class 4A  4B  4C (circle one). If property transferred is Class 4A, calculation in Section 3A below is required.

(3A) REQUIRED CALCULATION OF EQUALIZED VALUATION FOR ALL CLASS 4A (COMMERCIAL) PROPERTY TRANSACTIONS:
*(Instructions #5A and #7 on reverse side)*
Total Assessed Valuation ÷ Director's Ratio = Equalized Assessed Valuation

$ 151,100.00 ÷ .4642% = $ 325,506.24

If Director's Ratio is less than 100%, the equalized valuation will be an amount greater than the assessed value. If Director's Ratio is equal to or in excess of 100%, the assessed value will be equal to the equalized valuation.

(4) **FULL EXEMPTION FROM FEE** *(Instruction #8 on reverse side)*
Deponent states that this deed transaction is fully exempt from the Realty Transfer Fee imposed by C. 49, P.L. 1968, as amended through C. 66, P.L. 2004, for the following reason(s). Mere reference to exemption symbol is insufficient. Explain in detail.
i. BETWEEN PARENT AND CHILDREN.

(5) **PARTIAL EXEMPTION FROM FEE** *(Instruction #9 on reverse side)*
NOTE: All boxes below apply to grantor(s) *only*. ALL BOXES IN APPROPRIATE CATEGORY MUST BE CHECKED. Failure to do so will void claim for partial exemption. Deponent claims that this deed transaction is exempt from State portions of the Basic, Supplemental, and General Purpose Fees, as applicable, imposed by C. 176, P.L. 1975, C. 113, P.L. 2004, and C. 66, P.L. 2004 for the following reason(s):

A.  SENIOR CITIZEN  Grantor(s) [ ] 62 years of age or over.*(Instruction #9 on reverse side for A or B)
B. { BLIND PERSON   Grantor(s) [ ] legally blind or;*
    DISABLED PERSON Grantor(s) [ ] permanently and totally disabled [ ] receiving disability payments [ ] not gainfully employed*

Senior citizens, blind persons, or disabled persons must also meet all of the following criteria:
[ ] Owned and occupied by grantor(s) at time of sale.  [ ] Resident of State of New Jersey.
[ ] One or two-family residential premises.           [ ] Owners as joint tenants must all qualify.

*IN CASE OF HUSBAND AND WIFE, PARTNERS IN A CIVIL UNION COUPLE, ONLY ONE GRANTOR NEED QUALIFY IF TENANTS BY THE ENTIRETY.

C.  LOW AND MODERATE INCOME HOUSING *(Instruction #9 on reverse side)*
    [ ] Affordable according to H.U.D. standards.  [ ] Reserved for occupancy.
    [ ] Meets income requirements of region.       [ ] Subject to resale controls.

(6) **NEW CONSTRUCTION** *(Instructions #2, #10, #12 on reverse side)*
[ ] Entirely new improvement.           [ ] Not previously occupied.
[ ] Not previously used for any purpose. [ ] "NEW CONSTRUCTION" printed clearly at top of first page of the deed.

(7) **RELATED LEGAL ENTITIES TO LEGAL ENTITIES** *(Instructions #5, #12, #14 on reverse side)*
[ ] No prior mortgage assumed or to which property is subject at time of sale.
[ ] No contributions to capital by either grantor or grantee legal entity.
[ ] No stock or money exchanged by or between grantor or grantee legal entities.

(8) Deponent makes this Affidavit to induce county clerk or register of deeds to record the deed and accept the fee submitted herewith in accordance with the provisions of Chapter 49, P.L. 1968, as amended through Chapter 33, P.L. 2006.

Subscribed and sworn to before me
this 16 day of Nov, 2015

_____      RENE DEL SOL
Signature of Deponent              Grantor Name

814 -27th St., Union City, NJ     814-27th St., Union City, NJ 07087
Deponent Address                   Grantor Address at Time of Sale

XXX-XXX- 900
Last three digits in Grantor's Social Security Number

TOMAS R. PANEQUE, LLC
Name/Company of Settlement Officer

TOMAS R. PANEQUE, LLC
Attorney at Law of New Jersey

**FOR OFFICIAL USE ONLY**
Instrument Number ___  County ___
Deed Number ___        Book ___  Page ___
Deed Dated 11-16-15    Date Recorded 11-17-15

County recording officers shall forward one copy of each RTF-1 form when Section 3A is completed to:
STATE OF NEW JERSEY
PO BOX 251
TRENTON, NJ 08695-0251
ATTENTION: REALTY TRANSFER FEE UNIT

The Director of the Division of Taxation in the Department of the Treasury has prescribed this form as required by law; and it may not be altered or amended without prior approval of the Director. For information on the Realty Transfer Fee or to print a copy of this Affidavit, visit the Division's website at:
www.state.nj.us/treasury/taxation/lpt/localtax.shtml.

# EXHIBIT "B"

103 – DEED - BARGAIN AND SALE (Covenant as to Grantor's Acts)
IND. TO IND. OR CORP. – Plain Language
AD RVST—2
(Rev. June 1992)

Copyright © 1982 by ALL-STATE LEGAL SUPPLY CO.
One Commerce Drive, Cranford, N.J. 07016

# DEED

This Deed is made on November 22, 1994,

Prepared by: (Print signer's name below signature)
ANTHONY F. SARSANO, ESQ.

BETWEEN

WILFREDO MARTINEZ and DALIA MARTINEZ, his wife

whose address is 814 - 27th Street, Union City, New Jersey 07087
referred to as the Grantor.

AND

RENE DEL SOL

whose post office address is 812 - 27th Street, Union City, New Jersey 07087
referred to as the Grantee.

The words "Grantor" and "Grantee" shall mean all Grantors and all Grantees listed above.

Transfer of Ownership. The Grantor grants and conveys (transfers ownership of) the property described below to the Grantee. This transfer is made for the sum of ONE HUNDRED FIFTY THOUSAND DOLLARS AND NO CENTS ($150,000.00)
The Grantor acknowledges receipt of this money.

Tax Map Reference. (N.J.S.A. 46:15-1.1) Municipality of Union City
Block No. 156   Lot No. 10   Account No.
☐ No property tax identification number is available on the date of this Deed. (Check box if applicable).

Property. The property consists of the land and all the buildings and structures on the land in the City of Union City, County of Hudson and State of New Jersey. The legal description is:

BEGINNING at a point in the northeasterly line of 27th Street (formerly Angelique Street), distant thereon 140.00 feet northwest of its intersection with the northwesterly line of Summit Avenue, and running thence;

1) N 60 deg. 30 min. W, 25.00 feet along the northeasterly line of 27th Street, thence;

2) N 29 deg. 16 min. E, 100.00 fett, thence;

3) S 60 deg. 30 min. E, 25.00 feet, thence;

4) S 29 deg. 16 min. W, 100 feet to the northeasterly line of 27th Street and to the point and place of beginning.

The above description is drawn in accordance with a survey made by Arthur F. Mead, Jr., dated May 26, 1994.

Being also known as 812 - 27th Street, Union City, New Jersey.

BEING the same premises conveyed to the grantos herein by Deed dated October 31, 1994 and recorded in the Hudson County Register's Office on November 14, 1994, instrument number 8666.

CONSIDERATION:$ 150000.00   EXEMPT CODE:

| | COUNTY | STATE | H.P.X.I.F | TOTAL |
|---|---|---|---|---|
| | 150.15 | 371.85 | .00 | 525.00 |
| TJF | | DATE 11/28/1994 | | |

BK 4799 PG 336

94 NOV 28 AM 9:12
HUDSON COUNTY REGISTER OF DEEDS
RECEIVED
008995

Case 2:25-cr-00005-TPB-KCD   Document 40-1   Filed 07/21/25   Page 11 of 17 PageID 199

**Promises by Grantor.** The Grantor promises that the Grantor has done no act to encumber the property. This promise is called a "covenant as to grantor's acts" (N.J.S.A. 46:4-6). This promise means that the Grantor has not allowed anyone else to obtain any legal rights which affect the property (such as by making a mortgage or allowing a judgment to be entered against the Grantor).

**Signatures.** The Grantor signs this Deed as of the date at the top of the first page.

Witnessed by:

_____ (Seal)
WILFREDO MARTINEZ

_____
ANTHONY F. SARSANO
Attorney at Law of New Jersey

_____ (Seal)
DALIA MARTINEZ

STATE OF NEW JERSEY, COUNTY OF HUDSON      SS.:
I CERTIFY that on November 22, 1994,

Wilfredo Martinez and Dalia Martinez, h/w
personally came before me and stated to my satisfaction that this person (or if more than one, each person):

(a) was the maker of the attached deed;
(b) executed this deed as his or her own act; and,

(c) made this Deed for $ 150,000.00 as the full and actual consideration paid or to be paid for the transfer of title. (Such consideration is defined in N.J.S.A. 46:15-5.)

_____
(Print name and title below signature)
ANTHONY F. SARSANO
Attorney at Law of New Jersey

BK 4799 PG 337

Unofficial Copy

## DEED

Dated: November 22, 19 94

Wilfredo Martinez and Dalia Martinez, h/w

Grantor.

TO

RENE DEL SOL

Grantee.

Record and return to:

Bazzani and Gonzalez
Ramon Gonzalez, Esq.
4800 Kennedy Boulevard
Union City, New Jersey 07087

BK 4799 PG 338

# EXHIBIT "C"

**STATE OF NEW JERSEY**
**DEPARTMENT OF THE TREASURY**
**DIVISION OF REVENUE AND ENTERPRISE SERVICES**
**SHORT FORM STANDING**

**DEL SOL & SON AUTO REPAIR INC.**
*0100607612*

*I, the Treasurer of the State of New Jersey, do hereby certify that the above-named New Jersey Domestic For-Profit Corporation was registered by this office on November 23, 1994.*

*As of the date of this certificate, said business continues as an active business in good standing in the State of New Jersey. Annual Reports are outstanding for the following year(s): 2024*

*I further certify that the registered agent and office are:*

>    RENE DEL SOL JR
>    812-27
>    UNION CITY, NJ 07087



IN TESTIMONY WHEREOF, I have
hereunto set my hand and affixed
my Official Seal at Trenton, this
24th day of January, 2025

Elizabeth Maher Muoio
State Treasurer

Certificate Number : 6160995823

Verify this certificate online at

https://www1.state.nj.us/TYTR_StandingCert/JSP/Verify_Cert.jsp

# EXHIBIT D

**STATE OF NEW JERSEY — PERMIT TO CARRY A HANDGUN**

Name: **Rene DelSol**
Date of Birth: **1/13/1970**
Hgt.: **5' 8"**
Wgt.: **195.0**
Eyes: **Brown**
Hair: **Gray**
Issued: **1/16/2025**
Exp: **1/16/2027**
Permit #: **1045473**
SBI#: **738876B**

has permission to carry a handgun in the State of New Jersey pursuant to 2C:58-4 of the New Jersey Statutes with amendments thereto. Permit must be in possession when carrying handgun. This permit expires two years from the date of issue.

Signature: *Anthony Facchini*
Signature, Chief Police Officer

Chief — UNION CITY PD — Municipality

If revoked, permit must be returned to Supt. of State Police, Box 7068, W. Trenton, N.J. 08628-0068

