# Law Office of
# Sara Sencer McArdle, LLC

150 River Road, Bldg. O- Suite 2B
Montville, New Jersey  07045
(973) 366-5244 (fax) (973) 366-2441

Sara Sencer McArdle, Esq.
Kevin S. McArdle, Esq.*
*Of Counsel

Email: smcardle@saramcardlelaw.com

FILED - USDC - FL MD - FTM
JUL 21 2025 AM10:31

July 18, 2025

<u>VIA LAWYERS SERVICE</u>
Elizabeth Warren, Clerk
United States District Court
Middle District of Florida
2110 First Street, Suite 2-194
Fort Myers, Florida 33901

RE: Claim for Remission of Forfeited Property
    In the Matter of
    United States v. Madelyn Hernandez
    Case No. 2:25-cr-5-TPB-KCD
    Asset ID 25-FBI-004139 (812 27th Street, Union City N.J.)
    Claimant: Rene Del Sol

Dear Ms. Warren:

My office represents Rene Del Sol. Enclosed please find a Claim for Remission of Property, with supporting affidavit, that I am filing on his behalf seeking the remission of forfeiture of real property that he owns located at 812 27th Street, Union City, New Jersey.

I am also forwarding copies of same to the United States Attorney's Office which handled the prosecution of the Defendant, Madelyn Hernandez, who is Mr. Del Sol's sister.

Thank you for your attention to this matter.

Sincerely,

LAW OFFICE OF SARA SENCER MCARDLE
By: KEVIN MCARDLE, ESQ.

Enc.
C.: Asst. U.S. Attorney James A. Muench