LAW OFFICE OF SAEED McARBLE
150 RIVER ROAD, BLDG. O, STE 2B
MONTVILLE N.J. 07045

ELIZABETH WARREN, CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
2110 FIRST STREET, SUITE 2-194
FORT MYERS, FLORIDA
33901

